ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 AUG 12 A 11: 18
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ERICK JAVOTNEY SAMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-020 |
| | ) | |
| JERRY BESS, Captain, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Cason, Daniels, Reed, Stanley, Pittman, Meldin and Wheeler Correctional Facility are **DISMISSED** from this case.

SO ORDERED this 12th day of August, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Because the R&R was initially returned as undeliverable and re-served after Plaintiff was released from prison, he was provided an extension of time to submit objections. (See doc. nos. 12, 13.)