ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 SEP 30 AM 11:59

CLERK C. Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ERICK JAVOTNEY SAMPSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 313-020 |
| JERRY BESS, Captain, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 30th day of September, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE